No. 02–515. DOUGHBOY RECREATIONAL DIVISION OF HOF-FINGER, INC., ET AL. *v.* COYLE. Ct. Civ. App. Okla. Certiorari denied.

No. 02–523. HENDERSON ET AL. *v.* STALDER, SECRETARY, DE-PARTMENT OF PUBLIC SAFETY AND CORRECTIONS OF LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied. 

No. 02–525. SHEALY *v.* SHEALY. C. A. 10th Cir. Certiorari denied. 

No. 02–547. ELLEN, PERSONAL REPRESENTATIVE OF THE ES-TATE OF FRANCO, DECEASED *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. 

No. 02–573. WRIGHT *v.* WOODFORD, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 02–574. TDC MANAGEMENT CORP., INC., ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 02–581. PILENZO *v.* ANGELONE, DIRECTOR, VIRGINIA DE-PARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied. 

No. 02–587. BRANNAM ET UX. *v.* HUNTINGTON MORTGAGE CO. C. A. 6th Cir. Certiorari denied. 

No. 02–606. GE MEDICAL SYSTEMS INFORMATION TECHNOLO-GIES, INC. *v.* BIOMEDICAL SYSTEMS CORP. C. A. 8th Cir. Certio-rari denied. 

No. 02–610. THOMAS *v.* DOYLE, ATTORNEY GENERAL OF WIS-CONSIN, ET AL. C. A. 7th Cir. Certiorari denied. 

No. 02–611. DERMAN *v.* UNITED STATES. C. A. 1st Cir. Cer-tiorari denied. 

No. 02–612. MCGUIRE *v.* ENSCO INC. ET AL. C. A. 5th Cir. Certiorari denied. 

No. 02–619. GEE, DIRECTOR, PATUXENT INSTITUTION, ET AL. *v.* RUBIN. C. A. 4th Cir. Certiorari denied.